

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

CRAIG CUNNINGHAM,   Civil Action No. 4:18-cv-00161-ALM-CAN

    Plaintiff,

v.

GREENSTAR CAPITAL SOLUTIONS, LLC,
ALEX SILVERMAN, NOAH SILVERMAN,
TRUSTED LEADS, LLC, SCHIMEON FREDERICK
TIFFANY FREDERICK,

    Defendants.

_____/

## MOTION TO EXTEND TIME TO FILE ANSWER

    Defendant Greenstar Capital Solutions, LLC, *pro se*, asks the Court to provide it with an extension of time to file an Answer.  Defendant is based in Boca Raton, Florida and has no contacts and doesn't know any attorneys in Texas.  Defendant is seeking counsel in Texas to defend this case, but has not been able to do so and the deadline(s) to file answers are approaching.

    The Defendant is asking for an extension through and including June 1, 2018 to retain counsel and to file a responsive pleading.

    WHEREFORE Defendant prays this Honorable Court will extend the time for them to file an answer through and including June 1, 2018.

Respectfully Submitted:   _____

                                                         Alex Silverman o/b/o Greenstar Capital Solutions, LLC