UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

FILED
APR 25 2018
Clerk, U.S. District Court
Texas Eastern

| CRAIG CUNNINGHAM, Plaintiff, v. Greenstar Capital Solutions, LLC, Alex Silverman, Noah Silverman, Trusted Leads, LLC, Schimeon Frederick, Tiffany Frederick, and John/Jane Does 1-5 Defendants. | § § § § § § § § § § § | 4:18-cv-00161 |
|---|---|---|

### PLAINTIFF'S Motion to Strike

1. To the Honorable US District Court:

2. Now comes the Plaintiff's Motion to strike the Defendant's motion for an extension of time.

3. The Defendant's motion is improper and violates the local rules and Federal Rules of civil procedure and should be stricken.
   **The motion is filed Pro-se on behalf of a corporation, which is improper.**

4. The Federal Rules and multiple 5th circuit rulings in Texas require that a corporation be represented by a licensed attorney. *Donovan v. Road Rangers Country Junction, Inc.*, 736 F.2d 1004, 1005 (5th Cir. 1984) (per curiam); *Southwest Express Co., Inc. v. Interstate Commerce Commission*, 670 F.2d 53, 54-56 (5th Cir. 1982); *In re K.M.A., Inc.*, 652 F.2d 398, 399 (5th Cir. 1981).

5. In this case, Defendant Greenstar Capital Solutions is listed as proceeding "pro-se", which is plainly improper. The document is signed and presumably filed by Alex Silverman o/b/o or on behalf of Greenstar Capital Solutions, LLC. It does not appear that Alex Silverman is a licensed Texas Attorney admitted to practice before the Eastern District of Texas, and as such, it is improper for Alex Silverman to file anything on behalf of Greenstar Capital Solutions, LLC.

**The motion fails to contain a certificate of service and has not been served on the**

**Plaintiff and is filed in violation of FRCP 11(a)**

6. This motion is improper as it fails to contain an order or certificate of Service, and has not been served upon the Plaintiff. Under Rule 11(a), every motion shall be signed by one attorney of record, must contain the signer's address, email address, and telephone number. In this case there is no attorney of record for Greenstar, and Alex Silverman is not a licensed attorney no address, email address, or telephone number is present on the document. Furthermore, no order is contained in the document or certificate of service, and the document has not been served upon the Plaintiff.

7. This pleading also violates Local rule CV-11 which requires every document filed to be signed by the lead attorney or attorney of record and must similarly contain the individual's name, address, telephone number and email address. The document was filed in violation of this local rule and should be stricken.

### Conclusion

8. For the foregoing reasons, the Defendant's motion should be stricken and denied in full.

Craig Cunningham

3000 Custer Road, ste 270-206 Plano, Tx 75075 615-348-1977 4/25/2018

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| CRAIG CUNNINGHAM, Plaintiff, | § § § | |
|---|---|---|
| v. | § § | 4:18-cv-00161 |
| Greenstar Capital Solutions, LLC, Alex Silverman, Noah Silverman, Trusted Leads, LLC, Schimeon Frederick, Tiffany Frederick, and John/Jane Does 1-5 | § § § § § § | |
| Defendants. | § | |

**PLAINTIFF'S Certificate of Service**

I hereby certify that a true copy of the foregoing was mailed to the defendants via USPS first class mail on 4/25/2018

*Craig Cunningham*

Craig Cunningham
3000 Custer Road, ste 270-206 Plano, Tx 75075 615-348-1977 4/25/2018