

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| CRAIG CUNNINGHAM, Plaintiff, v. Greenstar Capital Solutions, LLC, Alex Silverman, Noah Silverman, Trusted Leads, LLC, Schimeon Frederick, Tiffany Frederick, and John/Jane Does 1-5 Defendants. | § § § § § § § § § § § § | 4:18-cv-00161 |
|---|---|---|

### PLAINTIFF'S Motion to Dismiss Schimeon Frederick, Tiffany Frederick, and Trusted Leads, LLC with prejudice

1. To the Honorable US District Court:

2. The Plaintiff has resolved his claims against Tiffany Frederick, Schimeon Frederic, and Trusted Leads, LLC and wishes to dismiss these defendants and only these defendants from this case with prejudice. The Plaintiff wishes to maintian his claims against the remaining defendants.

### Conclusion

3. For the foregoing reasons, the Defendant's Schimeon Frederick, Tiffany Frederick, and Trusted Leads, LLC should be dismissed with prejudice.

Craig Cunningham
Plaintiff,

3000 Custer Road, ste 270-206 Plano, Tx 75075 615-348-1977 5/29/2018

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| CRAIG CUNNINGHAM, Plaintiff, v. Greenstar Capital Solutions, LLC, Alex Silverman, Noah Silverman, Trusted Leads, LLC, Schimeon Frederick, Tiffany Frederick, and John/Jane Does 1-5 Defendants. | § § § § § § § § § § § § | 4:18-cv-00161 |
|---|---|---|

## PLAINTIFF'S Certificate of Service

I hereby certify that a true copy of the foregoing was mailed to the defendants via USPS first class mail on 5/29/2018 to Chris Meier of Greenspoon Marder, LLP 100 West Cypress Creek Road, ste 700, Fort Lauderdale, FL 33309.

*Craig Cunningham*
Plaintiff,

3000 Custer Road, ste 270-206 Plano, Tx 75075 615-348-1977 5/29/2018