# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | |
| v. § | Civil Action No.  4:18-CV-00161 |
| § | (Judge Mazzant/Judge Nowak) |
| GREENSTAR CAPITAL SOLUTIONS, § | |
| LLC, ET AL. § | |

## ORDER OF PARTIAL DISMISSAL

Came on to be considered this day Plaintiff Craig Cunningham's ("Plaintiff") "Motion to Dismiss Schimeon Frederick, Tiffany Frederick, and Trusted Leads, LLC with Prejudice" ("Motion") (Dkt. #16).  Therein, Plaintiff avers that he has resolved his claims against Defendants Schimeon Frederick, Tiffany Frederick, and Trusted Leads, LLC, and wishes to dismiss his claims against these Defendants with prejudice.  Plaintiff maintains that he does not wish to dismiss his claims against the remaining Defendants.  After considering the Motion (Dkt. #16), it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendants Schimeon Frederick, Tiffany Frederick, and Trusted Leads LLC are hereby dismissed with prejudice.

**SIGNED** this 1st day of June, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE