| Caller ID | Date | Time | Dialed 615-212-9191 | |
|---|---|---|---|---|
| 954-803-8397 | 02/05/2016 | / 15:13 | From call records | See call records page 61 |
| 954-803-8397 | 02/05/2016 | / 15:21 | | Call records page 61 |
| 954-803-8397 | 02/05/2016 | / 16:18 | | Call records page 61 |
| 954-803-8397 | 02/05/2016 | / 16:23 | | Call records page 61 |
| 954-803-8397 | 02/08/2016 | / 12:46 | | Call records page 61 |
| 954-803-8397 | 02/08/2016 | / 17:05 | | Call records page 61 |
| 954-803-8397 | 02/08/2016 | / 18:06 | | call records page 62 |
| 954-803-8397 | 02/08/2016 | / 18:19 | | call records page 62 |
| 954-803-8397 | 02/08/2016 | / 16:29 | | call records page 62 |
| 954-803-8397 | 02/08/2016 | / 17:33 | | call records page 62 |
| 954-803-8397 | 02/09/2018 | / 16:04 | | call records page 62 |
| 954-803-8397 | 02/09/2016 | / 20:45 | | call records page 62 |
| 954-803-8397 | 02/16/2018 | / 16:41 | | call records page 63 |
| 615-206-8435 | 02/26/2018 | / 16:17 | | call records page 65 |
| 561-479-8449 | 02/08/2016 | / 13:41 | | See screen shots |
| 561-479-8449 | 02/08/2016 | / 14:27 | | See screen shots |
| 561-479-8449 | 02/09/2016 | / 18:05 | | See screen shots |
| 561-479-8449 | 03/03/2016 | / 13:40 | | See screen shots |
| 954-803-8397 | 03/04/2016 | / 11:39 | | See screen shots |
| 615-866-0577 | 04/22/2016 | / 10:21 | | See screen shots |
| 615-866-0577 | 04/22/2016 | / 11:21 | | See screen shots |
| 615-866-0577 | 04/27/2016 | / 9:45 | | See screen shots |
| 615-866-0577 | 04/28/2016 | / 11:56 | | See screen shots |

ex A

| | | | | | |
|---|---|---|---|---|---|
| 615-866-0577 | 04/29/2016 | / 10:05 | | See screen shots | ✓ |
| 615-866-0577 | 05/02/2016 | / 12:31 | | See screen shots | ✓ |
| 615-866-0577 | 05/05/2016 | / 13:46 | | See screen shots | ✓ |
| 615-866-0577 | 05/09/2016 | / 11:30 | | See screen shots | ✓ |
| 615-866-0577 | 05/11/2016 | / 12:33 | | See screen shots | ✓ |
| 615-866-0577 | 05/12/2016 | / 9:08 | | See screen shots | ✓ |
| 615-866-0577 | 05/16/2016 | / 9:26 | | See screen shots | ✓ |
| 615-866-0577 | 05/17/2016 | / 10:31 | | See screen shots | ✓ |
| 615-866-0577 | 06/16/2016 | / 9:08 | | See screen shots | ✓ |
| 615-866-0577 | 06/17/2016 | / 10:18 | | See screen shots | ✓ |
| 615-866-0577 | 06/21/2016 | / 8:43 | | See screen shots | ✓ |
| 615-866-0577 | 06/21/2016 | / 8:43 | | See screen shots | ✓ |
| 615-866-0577 | 10/31/2016 | / 9:37 | | See screen shots | ✓ |
| 615-866-0577 | 10/31/2016 | / 9:39 | | See screen shots | ✓ |
| 615-866-0577 | 11/14/2016 | / 13:21 | | See screen shots | ✓ |
| 615-866-0577 | 02/14/2017 | / 10:02 | | See screen shots | ✓ |
| 615-866-0577 | 06/05/2017 | 9:34 | | See screen shots | ✓ |
| 615-866-0577 | 08/04/2017 | 10:52 | | See screen shots | ✓ |

| | | | | | |
|---|---|---|---|---|---|
| ✓ | | | | Dialed to 615-331-7262 | |
| | 615-866-0577 | 08/17/2017 | 9:35 | | See screen shots |
| | 615-866-0577 | 01/24/2017 | 11:38 | | See screen shots |

| | | | | | |
|---|---|---|---|---|---|
| ✓ | | | | Dialed to 615-348-1977 | |
| | 615-866-0577 | 08/22/17 | 13:01 | | See screen shots |
| | 615-866-0577 | 08/24/17 | 10:38 | | See screen shots |

ex A

| Unknown | 04/27/2018 | 11:57 | | See screen shots |
|---|---|---|---|---|
| | | | | |

~~Text~~

Text messages
31224  1/3/2017
31224  1/12/2017

Screen shot
screenshots