## Call Detail Records 615-212-9191

| start_usage_time (ISO 8061 – UT) | stop_usage_time (ISO 8061 – UT) | event type | Duration (seconds) | target (republic wireless)_tel | other_tel | direction (in relation to target) |
|---|---|---|---|---|---|---|
| 2016-02-02T19:42:34.718477 | 2016-02-02T19:42:31.809787 | call | 8 | 16152129191 | 14692849715 | Inbound |
| 2016-02-02T19:42:51.983785 | 2016-02-02T19:42:58.674453 | call | 7 | 16152129191 | 14692849715 | Outbound |
| 2016-02-02T20:29:32.094392 | 2016-02-02T20:29:49.285751 | call | 29 | 16152129191 | asterisk | Inbound |
| 2016-02-02T22:17:05.209391 | 2016-02-02T22:18:09.37639 | call | 72 | 16152129191 | 16159040095 | Outbound |
| 2016-02-02T23:10:48.327568 | 2016-02-02T23:11:12.827774 | call | 38 | 16152129191 | 17144093546 | Inbound |
| 2016-02-03T15:35:23.002535 | 2016-02-03T15:35:47.537999 | call | 50 | 16152129191 | 15612574844 | Inbound |
| 2016-02-03T16:06:56.521567 | 2016-02-03T16:07:05.331339 | call | 34 | 16152129191 | 15166052667 | Inbound |
| 2016-02-03T18:24:59.304251 | 2016-02-03T18:25:05.17832 | call | 15 | 16152129191 | 16154479816 | Outbound |
| 2016-02-03T18:27:05.031183 | 2016-02-03T18:27:09.153398 | call | 16 | 16152129191 | 15166052667 | Outbound |
| 2016-02-03T21:42:51.975851 | 2016-02-03T21:42:58.340362 | call | 32 | 16152129191 | 14692849715 | Inbound |
| 2016-02-03T21:43:34.817419 | 2016-02-03T21:43:41.688927 | call | 7 | 16152129191 | 14692849715 | Outbound |
| 2016-02-03T21:43:57.380417 | 2016-02-03T21:47:59.662835 | call | 251 | 16152129191 | 12133479305 | Inbound |
| 2016-02-03T21:49:51.929678 | 2016-02-03T21:50:36.940238 | call | 45 | 16152129191 | 12133479305 | Outbound |
| 2016-02-03T21:51:28.908544 | 2016-02-03T21:53:04.827179 | call | 97 | 16152129191 | 16158625181 | Outbound |
| 2016-02-03T21:59:14.506418 | 2016-02-03T22:00:28.029028 | call | 86 | 16152129191 | 16152514862 | Inbound |
| 2016-02-03T22:28:35.177219 | 2016-02-03T22:32:49.281425 | call | 265 | 16152129191 | 12082277702 | Inbound |
| 2016-02-03T22:32:44.975149 | 2016-02-03T22:32:31.202676 | call | 4 | 16152129191 | 16152591041 | Inbound |
| 2016-02-03T22:33:07.975591 | 2016-02-03T22:33:18.264209 | call | 15 | 16152129191 | 16152591041 | Outbound |
| 2016-02-03T22:33:48.503432 | 2016-02-03T22:53:42.797594 | call | 1201 | 16152129191 | 12082277702 | Outbound |
| 2016-02-04T15:30:03.875479 | 2016-02-04T15:30:13.541523 | call | 35 | 16152129191 | 16158772067 | Inbound |
| 2016-02-04T15:40:05.930476 | 2016-02-04T15:40:12.772127 | call | 32 | 16152129191 | 18772655753 | Inbound |
| 2016-02-04T16:18:21.37538 | 2016-02-04T16:18:25.881842 | call | 6 | 16152129191 | 18772655753 | Outbound |
| 2016-02-04T16:19:23.010768 | 2016-02-04T16:19:58.528515 | call | 49 | 16152129191 | 16158772067 | Outbound |
| 2016-02-04T17:10:33.537659 | 2016-02-04T17:10:53.130028 | call | 45 | 16152129191 | 18772655753 | Inbound |
| 2016-02-04T17:55:57.685474 | 2016-02-04T17:56:13.093137 | call | 43 | 16152129191 | 16154037719 | Outbound |
| 2016-02-04T18:31:48.007897 | 2016-02-04T18:33:46.149866 | call | 137 | 16152129191 | 18008001552 | Inbound |
| 2016-02-04T19:35:30.607483 | 2016-02-04T19:35:58.711029 | call | 54 | 16152129191 | asterisk | Inbound |
| 2016-02-04T19:52:09.700795 | 2016-02-04T19:52:15.418534 | call | 31 | 16152129191 | 14692849715 | Inbound |
| 2016-02-04T22:33:11.792043 | 2016-02-04T22:33:21.847416 | call | 31 | 16152129191 | 19158038508 | Outbound |
| 2016-02-04T23:15:50.842696 | 2016-02-04T23:18:16.174879 | call | 161 | 16152129191 | 19158038508 | Outbound |
| 2016-02-04T23:16:52.608364 | 2016-02-04T23:18:03.240448 | call | 77 | 16152129191 | 12132046557 | Inbound |
| 2016-02-04T23:19:15.138955 | 2016-02-04T23:35:04.90844 | call | 969 | 16152129191 | 19158038508 | Outbound |
| 2016-02-04T23:43:00.448997 | 2016-02-04T23:45:20.84586 | call | 152 | 16152129191 | 12132046557 | Inbound |
| 2016-02-05T00:36:24.655639 | 2016-02-05T00:38:56.085539 | call | 183 | 16152129191 | 19158038508 | Outbound |
| 2016-02-05T02:59:02.367915 | 2016-02-05T02:59:01.343562 | call | 21 | 16152129191 | 19158038508 | Inbound |
| 2016-02-05T03:09:19.07404 | 2016-02-05T03:09:26.3227 | call | 33 | 16152129191 | 19158038508 | Inbound |
| 2016-02-05T14:10:45.692769 | 2016-02-05T14:11:20.18993 | call | 60 | 16152129191 | 16316498532 | Inbound |
| 2016-02-05T15:13:42.389639 | 2016-02-05T15:13:50.953462 | call | 34 | 16152129191 | 19548038397 | Inbound |
| 2016-02-05T15:21:03.700924 | 2016-02-05T15:21:09.080684 | call | 31 | 16152129191 | 19548038397 | Inbound |
| 2016-02-05T16:13:29.075768 | 2016-02-05T16:13:34.279401 | call | 27 | 16152129191 | 19548038397 | Outbound |
| 2016-02-05T16:14:45.701646 | 2016-02-05T16:14:40.572393 | call | 1 | 16152129191 | 16316498532 | Outbound |
| 2016-02-05T16:18:42.863443 | 2016-02-05T16:23:11.744097 | call | 282 | 16152129191 | 19548038397 | Inbound |
| 2016-02-05T16:23:53.289768 | 2016-02-05T16:24:00.671983 | call | 35 | 16152129191 | 19548038397 | Inbound |
| 2016-02-05T16:25:01.361932 | 2016-02-05T16:31:30.403515 | call | 396 | 16152129191 | 19548038397 | Outbound |
| 2016-02-05T16:27:25.224707 | 2016-02-05T16:29:59.635598 | call | 166 | 16152129191 | 16152621824 | Inbound |
| 2016-02-05T17:46:49.836598 | 2016-02-05T17:48:06.092247 | call | 87 | 16152129191 | 18886946674 | Inbound |
| 2016-02-05T22:11:36.802052 | 2016-02-05T22:12:18.991916 | call | 52 | 16152129191 | 14029052199 | Inbound |
| 2016-02-05T23:06:47.963 | 2016-02-05T23:07:06.583922 | call | 44 | 16152129191 | 19158038508 | Inbound |
| 2016-02-05T23:07:45.661729 | 2016-02-05T23:07:51.416005 | call | 31 | 16152129191 | 19158038508 | Inbound |
| 2016-02-05T23:28:30.737732 | 2016-02-05T23:28:39.802723 | call | 35 | 16152129191 | 19174856793 | Inbound |
| 2016-02-05T23:31:54.340512 | 2016-02-05T23:32:03.539239 | call | 35 | 16152129191 | 19174856793 | Inbound |
| 2016-02-08T15:20:08.148653 | 2016-02-08T15:20:14.918533 | call | 32 | 16152129191 | 18662159048 | Inbound |
| 2016-02-08T15:29:55.628094 | 2016-02-08T15:29:47.362916 | call | 22 | 16152129191 | 16152543463 | Inbound |
| 2016-02-08T16:58:26.516438 | 2016-02-08T16:58:33.864991 | call | 33 | 16152129191 | 18662159048 | Inbound |
| 2016-02-08T17:05:09.016388 | 2016-02-08T17:05:17.994224 | call | 34 | 16152129191 | 19548038397 | Inbound |

Call Detail Records 615-212-9191

| start_usage_time (ISO 8061 – UT) | stop_usage_time (ISO 8061 – UT) | event type | Duration (seconds) | target (republic wireless)_tel | other_tel | direction (in relation to target) |
|---|---|---|---|---|---|---|
| 2016-02-08T18:06:52.592397 | 2016-02-08T18:06:59.260042 | call | 32 | 16152129191 | 19548038397 | Inbound |
| 2016-02-08T18:19:42.568515 | 2016-02-08T18:19:48.109107 | call | 31 | 16152129191 | 19548038397 | Inbound |
| 2016-02-08T19:03:08.384075 | 2016-02-08T19:04:11.625286 | call | 78 | 16152129191 | 16152230141 | Inbound |
| 2016-02-08T19:17:58.874651 | 2016-02-08T19:29:51.2488 | call | 725 | 16152129191 | 15619901859 | Inbound |
| 2016-02-08T19:41:32.01207 | 2016-02-08T19:41:55.456877 | call | 36 | 16152129191 | 15614798449 | Inbound |
| 2016-02-08T20:16:29.069978 | 2016-02-08T20:16:53.038004 | call | 35 | 16152129191 | 19548038397 | Inbound |
| 2016-02-08T20:17:33.810828 | 2016-02-08T20:17:39.549202 | call | 31 | 16152129191 | 19548038397 | Inbound |
| 2016-02-08T20:17:57.027369 | 2016-02-08T20:19:33.577902 | call | 106 | 16152129191 | 19548038397 | Outbound |
| 2016-02-08T20:21:21.74013 | 2016-02-08T20:22:41.372194 | call | 90 | 16152129191 | 18662159048 | Outbound |
| 2016-02-08T20:24:52.771869 | 2016-02-08T20:24:29.754344 | call | 13 | 16152129191 | 16152543463 | Outbound |
| 2016-02-08T20:25:30.144164 | 2016-02-08T20:25:37.67464 | call | 40 | 16152129191 | 18662159048 | Outbound |
| 2016-02-08T20:27:44.732332 | 2016-02-08T20:28:24.241234 | call | 60 | 16152129191 | 15614798449 | Inbound |
| 2016-02-09T14:12:14.499361 | 2016-02-09T14:13:11.78955 | call | 76 | 16152129191 | 16153512834 | Inbound |
| 2016-02-09T16:04:27.907592 | 2016-02-09T16:04:36.057577 | call | 34 | 16152129191 | 19548038397 | Inbound |
| 2016-02-09T20:23:04.633294 | 2016-02-09T20:28:15.959858 | call | 324 | 16152129191 | Restricted | Inbound |
| 2016-02-09T20:34:02.705527 | 2016-02-09T20:34:55.452351 | call | 63 | 16152129191 | anonymous | Inbound |
| 2016-02-09T20:37:12.556333 | 2016-02-09T20:42:19.804611 | call | 320 | 16152129191 | anonymous | Inbound |
| 2016-02-09T20:45:07.839269 | 2016-02-09T20:45:29.32944 | call | 33 | 16152129191 | 19548038397 | Inbound |
| 2016-02-09T21:21:30.392104 | 2016-02-09T21:23:37.164028 | call | 141 | 16152129191 | 17188440219 | Inbound |
| 2016-02-09T21:22:07.475606 | 2016-02-09T21:41:29.553132 | call | 1173 | 16152129191 | Restricted | Inbound |
| 2016-02-09T21:45:24.797531 | 2016-02-09T21:44:41.81269 | call | 5 | 16152129191 | 17188440219 | Outbound |
| 2016-02-09T22:06:02.334129 | 2016-02-09T22:07:16.185894 | call | 91 | 16152129191 | Restricted | Inbound |
| 2016-02-09T22:07:09.914239 | 2016-02-09T22:07:58.7246 | call | 57 | 16152129191 | Restricted | Inbound |
| 2016-02-09T22:53:13.518621 | 2016-02-09T22:55:12.127592 | call | 128 | 16152129191 | asterisk | Inbound |
| 2016-02-10T15:45:11.694474 | 2016-02-10T15:48:32.120556 | call | 219 | 16152129191 | 16316231144 | Inbound |
| 2016-02-10T18:00:35.605524 | 2016-02-10T18:00:32.61503 | call | 22 | 16152129191 | 16152230141 | Inbound |
| 2016-02-10T18:32:29.343685 | 2016-02-10T18:32:38.571431 | call | 35 | 16152129191 | 14152537845 | Inbound |
| 2016-02-10T18:37:59.096594 | 2016-02-10T18:38:08.309086 | call | 35 | 16152129191 | 14152537845 | Inbound |
| 2016-02-10T18:54:53.192897 | 2016-02-10T18:54:37.805819 | call | 9 | 16152129191 | 16152230141 | Outbound |
| 2016-02-10T18:55:28.772919 | 2016-02-10T18:55:32.016595 | call | 3 | 16152129191 | 14152537845 | Outbound |
| 2016-02-10T22:12:52.903997 | 2016-02-10T22:12:59.679677 | call | 32 | 16152129191 | 16317773485 | Inbound |
| 2016-02-11T14:26:13.110037 | 2016-02-11T14:27:00.573115 | call | 73 | 16152129191 | 18005191823 | Inbound |
| 2016-02-11T16:02:39.145594 | 2016-02-11T16:02:36.696424 | call | 1 | 16152129191 | 18005191823 | Outbound |
| 2016-02-11T18:00:52.433235 | 2016-02-11T18:04:37.465237 | call | 246 | 16152129191 | 14702086380 | Inbound |
| 2016-02-11T18:05:27.550185 | 2016-02-11T18:05:31.380347 | call | 5 | 16152129191 | 14702086380 | Outbound |
| 2016-02-11T18:05:28.420811 | 2016-02-11T18:06:39.792639 | call | 71 | 16152129191 | 18556814001 | Inbound |
| 2016-02-11T18:05:28.844368 | 2016-02-11T18:06:39.313484 | call | 72 | 16152129191 | 18556814001 | Inbound |
| 2016-02-11T18:08:15.225581 | 2016-02-11T18:11:09.3892 | call | 174 | 16152129191 | 19493092821 | Outbound |
| 2016-02-11T19:15:45.263604 | 2016-02-11T19:16:12.308128 | call | 37 | 16152129191 | 15612574844 | Inbound |
| 2016-02-11T19:54:42.205203 | 2016-02-11T19:55:53.739199 | call | 91 | 16152129191 | 19152355537 | Inbound |
| 2016-02-11T20:01:30.823348 | 2016-02-11T20:02:17.54882 | call | 55 | 16152129191 | 18005191823 | Inbound |
| 2016-02-11T21:32:09.187032 | 2016-02-11T21:33:52.084364 | call | 120 | 16152129191 | Restricted | Inbound |
| 2016-02-11T22:19:09.515392 | 2016-02-11T22:22:52.067796 | call | 231 | 16152129191 | Restricted | Inbound |
| 2016-02-12T15:56:28.335579 | 2016-02-12T15:56:35.171609 | call | 32 | 16152129191 | 18888680577 | Inbound |
| 2016-02-12T16:27:01.551627 | 2016-02-12T16:27:05.467329 | call | 29 | 16152129191 | Restricted | Inbound |
| 2016-02-12T17:47:46.826542 | 2016-02-12T17:47:51.028979 | call | 30 | 16152129191 | 16152230141 | Inbound |
| 2016-02-12T17:58:13.284605 | 2016-02-12T17:58:25.105948 | call | 37 | 16152129191 | 12064368204 | Inbound |
| 2016-02-12T18:09:53.122465 | 2016-02-12T18:10:51.949993 | call | 84 | 16152129191 | 16159342309 | Inbound |
| 2016-02-12T18:46:19.590035 | 2016-02-12T18:46:13.713917 | call | 5 | 16152129191 | 16152230141 | Outbound |
| 2016-02-12T18:47:04.727944 | 2016-02-12T18:47:23.667556 | call | 36 | 16152129191 | 12064368204 | Outbound |
| 2016-02-12T18:49:32.433516 | 2016-02-12T18:50:19.082378 | call | 62 | 16152129191 | 15166052667 | Inbound |
| 2016-02-12T20:01:43.684175 | 2016-02-12T20:01:50.13958 | call | 6 | 16152129191 | 16159737253 | Inbound |
| 2016-02-12T20:03:27.985955 | 2016-02-12T20:03:45.617919 | call | 17 | 16152129191 | 16159737253 | Inbound |
| 2016-02-13T04:26:09.656707 | 2016-02-13T04:26:08.625801 | call | 1 | 16152129191 | 16159737253 | Outbound |
| 2016-02-13T17:33:41.873629 | 2016-02-13T17:33:51.473186 | call | 11 | 16152129191 | 15516664992 | Outbound |

*Confidential Republic Wireless, Inc. Subpoena Response*

Call Detail Records 615-212-9191

| start_usage_time (ISO 8061 – UT) | stop_usage_time (ISO 8061 – UT) | event type | Duration (seconds) | target (republic wireless)_tel | other_tel | direction (in relation to target) |
|---|---|---|---|---|---|---|
| 2016-02-13T17:34:37.336048 | 2016-02-13T17:35:38.151506 | call | 71 | 16152129191 | 17328658040 | Outbound |
| 2016-02-13T17:48:54.042758 | 2016-02-13T17:49:44.093919 | call | 59 | 16152129191 | 16159737253 | Outbound |
| 2016-02-13T17:57:30.881151 | 2016-02-13T17:59:05.234492 | call | 106 | 16152129191 | 16092253562 | Outbound |
| 2016-02-13T18:11:50.490031 | 2016-02-13T18:11:56.953041 | call | 11 | 16152129191 | 13052035468 | Outbound |
| 2016-02-13T18:13:46.50102 | 2016-02-13T18:14:37.130909 | call | 51 | 16152129191 | 17863473688 | Outbound |
| 2016-02-13T18:19:07.762765 | 2016-02-13T18:19:13.118924 | call | 9 | 16152129191 | 13052035468 | Outbound |
| 2016-02-13T18:19:24.80419 | 2016-02-13T18:21:33.666147 | call | 130 | 16152129191 | 17863473688 | Outbound |
| 2016-02-13T18:43:42.936053 | 2016-02-13T18:45:39.134437 | call | 140 | 16152129191 | 14703309801 | Inbound |
| 2016-02-13T18:47:12.01685 | 2016-02-13T19:12:23.320685 | call | 1512 | 16152129191 | 14702086382 | Outbound |
| 2016-02-13T19:12:57.628061 | 2016-02-13T19:13:02.586972 | call | 6 | 16152129191 | 14702086382 | Outbound |
| 2016-02-13T19:13:35.08436 | 2016-02-13T19:15:57.852228 | call | 157 | 16152129191 | 14703309801 | Outbound |
| 2016-02-13T19:18:33.218252 | 2016-02-13T19:18:30.961621 | call | 22 | 16152129191 | 18773512499 | Outbound |
| 2016-02-13T19:18:54.693519 | 2016-02-13T19:19:09.28566 | call | 16 | 16152129191 | 15105952002 | Outbound |
| 2016-02-13T19:24:37.851015 | 2016-02-13T19:25:04.941418 | call | 58 | 16152129191 | 19259998092 | Outbound |
| 2016-02-13T19:25:19.992823 | 2016-02-13T19:25:59.009856 | call | 55 | 16152129191 | 16159737253 | Inbound |
| 2016-02-13T19:31:27.10919 | 2016-02-13T19:31:47.974613 | call | 20 | 16152129191 | 16159737253 | Inbound |
| 2016-02-13T20:05:31.61004 | 2016-02-13T20:05:33.183387 | call | 32 | 16152129191 | 19259998092 | Outbound |
| 2016-02-13T20:05:58.505499 | 2016-02-13T20:06:01.240607 | call | 4 | 16152129191 | 14702086382 | Outbound |
| 2016-02-13T20:06:29.846583 | 2016-02-13T20:10:06.256799 | call | 231 | 16152129191 | 14703309801 | Outbound |
| 2016-02-13T20:27:44.652008 | 2016-02-13T20:28:59.020808 | call | 91 | 16152129191 | 14703309801 | Inbound |
| 2016-02-13T20:54:12.659492 | 2016-02-13T20:54:26.824655 | call | 40 | 16152129191 | 16092253562 | Inbound |
| 2016-02-13T20:56:24.419342 | 2016-02-13T21:02:22.532991 | call | 368 | 16152129191 | 16092253562 | Outbound |
| 2016-02-13T21:13:44.452614 | 2016-02-13T21:13:50.879633 | call | 32 | 16152129191 | 15169933176 | Inbound |
| 2016-02-13T21:30:18.408293 | 2016-02-13T21:36:29.107023 | call | 396 | 16152129191 | 15169933176 | Outbound |
| 2016-02-14T18:33:56.237443 | 2016-02-14T18:37:55.484863 | call | 265 | 16152129191 | 15169933176 | Inbound |
| 2016-02-14T18:51:27.684006 | 2016-02-14T18:51:32.811988 | call | 42 | 16152129191 | 15169933176 | Outbound |
| 2016-02-14T20:54:11.289514 | 2016-02-14T20:54:57.831651 | call | 72 | 16152129191 | 15169933176 | Inbound |
| 2016-02-15T07:21:05.741253 | 2016-02-15T07:21:04.714325 | call | 4 | 16152129191 | 16153481977 | Inbound |
| 2016-02-15T07:21:52.872122 | 2016-02-15T07:21:55.495206 | call | 25 | 16152129191 | 16153481977 | Inbound |
| 2016-02-15T15:41:30.191512 | 2016-02-15T15:41:33.241813 | call | 23 | 16152129191 | 15166052667 | Inbound |
| 2016-02-15T15:42:29.13118 | 2016-02-15T15:42:34.243781 | call | 31 | 16152129191 | 15166052667 | Inbound |
| 2016-02-15T16:40:39.450412 | 2016-02-15T16:40:59.71117 | call | 39 | 16152129191 | 15612574844 | Inbound |
| 2016-02-15T16:41:48.128282 | 2016-02-15T16:41:52.482734 | call | 5 | 16152129191 | 15612574844 | Outbound |
| 2016-02-16T14:43:45.982569 | 2016-02-16T14:45:12.951659 | call | 106 | 16152129191 | 19548038397 | Inbound |
| 2016-02-16T14:49:09.27519 | 2016-02-16T14:53:40.05254 | call | 281 | 16152129191 | 15169933176 | Inbound |
| 2016-02-16T15:48:55.902911 | 2016-02-16T15:55:51.909858 | call | 418 | 16152129191 | 18004607033 | Outbound |
| 2016-02-16T18:53:21.763101 | 2016-02-16T18:53:16.31487 | call | 1 | 16152129191 | 14254128553 | Inbound |
| 2016-02-16T18:53:31.21979 | 2016-02-16T18:53:30.012896 | call | 2 | 16152129191 | 14254128553 | Inbound |
| 2016-02-16T19:53:01.939528 | 2016-02-16T19:52:52.474789 | call | 5 | 16152129191 | 16154037146 | Outbound |
| 2016-02-16T21:37:27.863427 | 2016-02-16T21:37:33.40906 | call | 31 | 16152129191 | 12016300891 | Inbound |
| 2016-02-16T21:47:25.239256 | 2016-02-16T21:48:47.465327 | call | 94 | 16152129191 | 12016300891 | Outbound |
| 2016-02-16T22:32:29.280619 | 2016-02-16T22:33:37.254244 | call | 79 | 16152129191 | Restricted | Inbound |
| 2016-02-16T23:05:57.903714 | 2016-02-16T23:05:28.556842 | call | 6 | 16152129191 | 14254128553 | Inbound |
| 2016-02-16T23:06:06.435444 | 2016-02-16T23:06:10.776794 | call | 22 | 16152129191 | 14254128553 | Outbound |
| 2016-02-17T15:49:06.872354 | 2016-02-17T15:49:40.289186 | call | 50 | 16152129191 | 18662159048 | Inbound |
| 2016-02-17T16:14:24.007227 | 2016-02-17T16:14:21.319053 | call | 8 | 16152129191 | 14254128553 | Inbound |
| 2016-02-17T16:15:04.836304 | 2016-02-17T16:15:06.549279 | call | 6 | 16152129191 | 14254128553 | Outbound |
| 2016-02-17T16:55:11.634433 | 2016-02-17T16:56:35.181082 | call | 84 | 16152129191 | 16417153580 | Outbound |
| 2016-02-17T16:55:11.902871 | 2016-02-17T16:55:20.554947 | call | 8 | 16152129191 | 14703309801 | Inbound |
| 2016-02-17T16:55:12.349634 | 2016-02-17T16:55:20.156435 | call | 9 | 16152129191 | 14703309801 | Inbound |
| 2016-02-17T17:18:19.73131 | 2016-02-17T17:19:49.587962 | call | 101 | 16152129191 | 14045632526 | Inbound |
| 2016-02-17T17:20:36.58497 | 2016-02-17T17:20:29.833184 | call | 9 | 16152129191 | 14045632526 | Outbound |
| 2016-02-17T17:43:58.885591 | 2016-02-17T17:44:23.052798 | call | 41 | 16152129191 | 18662159048 | Inbound |
| 2016-02-17T17:45:54.67147 | 2016-02-17T17:46:05.676073 | call | 22 | 16152129191 | 18662159048 | Outbound |
| 2016-02-17T17:49:42.325684 | 2016-02-17T17:50:43.67272 | call | 69 | 16152129191 | 18666341024 | Inbound |

Confidential Republic Wireless, Inc. Subpoena Response
Call Detail Records 615-212-9191

| start_usage_time (ISO 8061 – UT) | stop_usage_time (ISO 8061 – UT) | event type | Duration (seconds) | target (republic wireless)_tel | other_tel | direction (in relation to target) |
|---|---|---|---|---|---|---|
| 2016-02-23T19:28:33.917911 | 2016-02-23T19:28:28.918524 | call | 21 | 16152129191 | 14048910316 | Inbound |
| 2016-02-23T20:08:52.200208 | 2016-02-23T20:08:50.092017 | call | 4 | 16152129191 | 14703309801 | Outbound |
| 2016-02-23T20:10:59.719585 | 2016-02-23T20:11:03.627899 | call | 12 | 16152129191 | 14048910316 | Outbound |
| 2016-02-23T20:13:10.897856 | 2016-02-23T20:13:19.274862 | call | 43 | 16152129191 | 16154037346 | Outbound |
| 2016-02-23T20:20:46.259116 | 2016-02-23T20:20:57.212047 | call | 29 | 16152129191 | 14703309801 | Inbound |
| 2016-02-23T20:23:43.653059 | 2016-02-23T20:24:15.030615 | call | 54 | 16152129191 | 14703309801 | Inbound |
| 2016-02-23T22:39:42.626379 | 2016-02-23T22:44:13.95604 | call | 289 | 16152129191 | 15165968352 | Inbound |
| 2016-02-24T01:28:47.688667 | 2016-02-24T01:28:52.196293 | call | 30 | 16152129191 | 14703309801 | Inbound |
| 2016-02-24T17:18:12.300426 | 2016-02-24T17:18:32.287675 | call | 37 | 16152129191 | 17278006369 | Inbound |
| 2016-02-24T17:30:19.642694 | 2016-02-24T17:36:53.585002 | call | 405 | 16152129191 | 16152230141 | Inbound |
| 2016-02-24T18:07:27.401487 | 2016-02-24T18:11:14.960733 | call | 244 | 16152129191 | 16154563459 | Inbound |
| 2016-02-24T18:17:15.500726 | 2016-02-24T18:17:27.871093 | call | 38 | 16152129191 | 16316498532 | Inbound |
| 2016-02-24T18:17:52.328059 | 2016-02-24T18:18:05.071225 | call | 35 | 16152129191 | 16316498532 | Outbound |
| 2016-02-24T18:19:46.059775 | 2016-02-24T18:19:44.908767 | call | 4 | 16152129191 | 16316498532 | Outbound |
| 2016-02-24T18:27:59.195023 | 2016-02-24T18:28:47.299444 | call | 66 | 16152129191 | 16316498533 | Inbound |
| 2016-02-24T19:34:38.653843 | 2016-02-24T19:34:45.91064 | call | 33 | 16152129191 | 17278006369 | Inbound |
| 2016-02-24T19:51:46.485005 | 2016-02-24T19:51:53.462773 | call | 58 | 16152129191 | 17278006369 | Outbound |
| 2016-02-24T22:30:28.778808 | 2016-02-24T22:30:36.843651 | call | 34 | 16152129191 | 15165968334 | Inbound |
| 2016-02-25T14:43:27.275136 | 2016-02-25T14:43:43.53608 | call | 32 | 16152129191 | 16158755580 | Inbound |
| 2016-02-25T16:33:03.106677 | 2016-02-25T16:33:11.440045 | call | 34 | 16152129191 | 18444281300 | Inbound |
| 2016-02-25T17:16:48.936147 | 2016-02-25T17:16:57.981627 | call | 13 | 16152129191 | 18444281300 | Outbound |
| 2016-02-25T17:17:31.497988 | 2016-02-25T17:29:45.545022 | call | 738 | 16152129191 | 18444281300 | Outbound |
| 2016-02-25T17:26:49.834647 | 2016-02-25T17:27:40.062613 | call | 66 | 16152129191 | 12065250076 | Inbound |
| 2016-02-25T17:30:34.709621 | 2016-02-25T17:30:03.422382 | call | 1 | 16152129191 | 12065250076 | Outbound |
| 2016-02-25T19:00:08.275447 | 2016-02-25T19:00:21.439242 | call | 36 | 16152129191 | 18559262889 | Outbound |
| 2016-02-25T19:01:17.063731 | 2016-02-25T19:01:36.080043 | call | 47 | 16152129191 | 16159216500 | Outbound |
| 2016-02-25T19:02:46.334439 | 2016-02-25T19:03:28.674082 | call | 45 | 16152129191 | 17036973491 | Outbound |
| 2016-02-25T19:04:21.476371 | 2016-02-25T19:04:35.718069 | call | 36 | 16152129191 | 18559262889 | Outbound |
| 2016-02-25T19:08:32.651697 | 2016-02-25T19:09:21.650407 | call | 51 | 16152129191 | 18885959111 | Outbound |
| 2016-02-25T21:38:52.87499 | 2016-02-25T21:44:26.256632 | call | 354 | 16152129191 | 16173523580 | Inbound |
| 2016-02-25T22:18:06.86346 | 2016-02-25T22:19:02.117983 | call | 65 | 16152129191 | 16152266910 | Inbound |
| 2016-02-25T22:50:45.194832 | 2016-02-25T22:51:44.442505 | call | 76 | 16152129191 | 15165968352 | Inbound |
| 2016-02-26T01:23:29.07201 | 2016-02-26T01:23:45.091497 | call | 35 | 16152129191 | 17203475159 | Outbound |
| 2016-02-26T14:30:45.710504 | 2016-02-26T14:30:57.731816 | call | 38 | 16152129191 | Anonymous | Inbound |
| 2016-02-26T16:17:02.707712 | 2016-02-26T16:17:54.328855 | call | 77 | 16152129191 | 19548038397 | Inbound |
| 2016-02-26T16:19:23.611297 | 2016-02-26T16:19:20.593395 | call | 1 | 16152129191 | 19548038397 | Outbound |
| 2016-02-26T21:00:58.765798 | 2016-02-26T21:01:05.392311 | call | 32 | 16152129191 | 15165968367 | Inbound |
| 2016-02-26T21:08:14.324637 | 2016-02-26T21:08:43.48156 | call | 55 | 16152129191 | 15165968367 | Inbound |
| 2016-02-26T22:02:19.980934 | 2016-02-26T22:01:55.436748 | call | 2 | 16152129191 | 15165968367 | Outbound |
| 2016-02-26T22:02:22.383993 | 2016-02-26T22:14:07.097339 | call | 719 | 16152129191 | 15165968367 | Inbound |
| 2016-02-26T22:32:21.122934 | 2016-02-26T22:32:55.188314 | call | 60 | 16152129191 | 15165968367 | Inbound |
| 2016-02-26T22:48:24.323157 | 2016-02-26T22:49:01.989136 | call | 43 | 16152129191 | 15166052667 | Outbound |
| 2016-02-26T22:59:41.832812 | 2016-02-26T23:00:38.92157 | call | 76 | 16152129191 | 15165968334 | Inbound |
| 2016-02-29T17:50:35.761828 | 2016-02-29T17:51:43.597363 | call | 83 | 16152129191 | 15165968352 | Inbound |
| 2016-02-29T21:57:21.967386 | 2016-02-29T21:59:13.297523 | call | 114 | 16152129191 | 13052035468 | Outbound |
| 2016-02-29T22:16:57.715757 | 2016-02-29T22:23:38.946282 | call | 411 | 16152129191 | 16316498533 | Inbound |
| 2016-02-29T22:30:19.694659 | 2016-02-29T22:30:55.521172 | call | 71 | 16152129191 | 15044788377 | Outbound |
| 2016-02-29T23:02:10.749112 | 2016-02-29T23:23:45.391912 | call | 1309 | 16152129191 | 13058301380 | Inbound |
| 2016-02-29T23:34:18.695701 | 2016-03-01T00:19:49.33699 | call | 2744 | 16152129191 | 18888167628 | Inbound |
| 2016-03-01T00:21:21.368547 | 2016-03-01T00:21:45.402173 | call | 44 | 16152129191 | 16154035364 | Outbound |
| 2016-03-01T00:54:55.679266 | 2016-03-01T00:57:05.074298 | call | 145 | 16152129191 | 15165968352 | Inbound |
| 2016-03-01T16:20:40.021898 | 2016-03-01T16:21:20.938184 | call | 66 | 16152129191 | 15165968352 | Inbound |
| 2016-03-01T17:07:08.74958 | 2016-03-01T17:17:24.736676 | call | 632 | 16152129191 | 15613622273 | Inbound |
| 2016-03-01T20:05:27.756783 | 2016-03-01T20:06:01.247755 | call | 59 | 16152129191 | 15165968352 | Inbound |
| 2016-03-01T21:13:18.265589 | 2016-03-01T21:14:24.688165 | call | 92 | 16152129191 | 15165968352 | Inbound |