

FILED
JUN 27 2018
Clerk, U.S. District Court
Texas Eastern

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| CRAIG CUNNINGHAM,<br>Plaintiff,<br><br>v.<br><br>Greenstar Capital Solutions, LLC, Alex Silverman, Noah Silverman, Trusted Leads, LLC, Schimeon Frederick, Tiffany Frederick, and John/Jane Does 1-5<br><br>Defendants. | §§§§§§§§§§§ | 4:18-cv-00161 |
|---|---|---|

### PLAINTIFF'S Notice of Partial Voluntary Dismissal Without Prejudice

1. To the Honorable US District Court:

2. The Plaintiff requests the court dismiss his claims against Alex and Noah Silverman without prejudice in order to proceed with a default judgment against Greenstar Capital.

_Craig Cunningham_
Plaintiff,

3000 Custer Road, ste 270-206 Plano, Tx 75075  615-348-1977  6/25/2018

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| CRAIG CUNNINGHAM, <br> Plaintiff, <br><br> v. <br><br> Greenstar Capital Solutions, LLC, Alex Silverman, Noah Silverman, Trusted Leads, LLC, Schimeon Frederick, Tiffany Frederick, and John/Jane Does 1-5 <br><br> Defendants. | § § § § § § § § § § § § 4:18-cv-00161 |
|---|---|

### PLAINTIFF'S Certificate of Service

I hereby certify that a true copy of the foregoing was mailed to the defendants via USPS first class mail on 6/25/2018 to Greenstar Capital Solutions, LLC, c/o Alex Silverman, 40 SE 5th Street, Boca Raton, FL 33432.

Craig Cunningham
Plaintiff,

3000 Custer Road, ste 270-206 Plano, Tx 75075 615-348-1977 6/25/2018