# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | Civil Action No. 4:18-CV-161 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| GREENSTAR CAPITAL SOLUTIONS., ET § | |
| AL. § | |

## ORDER OF PARTIAL DISMISSAL

Came on to be considered this day Plaintiff Craig Cunningham's Notice of Partial Voluntary Dismissal Without Prejudice (Dkt. #27). Plaintiff's Motion seeks to dismiss Defendants Alex Silverman and Noah Silverman without prejudice. After considering Plaintiff's Notice of Voluntary Dismissal, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendants Alex Silverman and Noah Silverman are hereby dismissed without prejudice.

**SIGNED this 28th day of June, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE