# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | Civil Action No. 4:18-CV-161 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| GREENSTAR CAPITAL SOLUTIONS, § | |
| LLC | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 1, 2018, the report of the Magistrate Judge (Dkt. #31) was entered containing proposed findings of fact and recommendations that Plaintiff's "Motion for a Default Judgment and Request for Hearing to Determine Damages" (Dkt. #20) be granted in part and denied in part, that default judgment be entered for Plaintiff, and that Plaintiff should be awarded $23,500.00 as statutory damages.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** Plaintiff's "Motion for a Default Judgment and Request for Hearing to Determine Damages" (Dkt. #20) is **GRANTED IN PART AND DENIED IN PART**, and a default judgment shall be entered for Plaintiff.

**SIGNED this 24th day of September, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE