# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | Civil Action No. 4:18-CV-161 |
| § | (Judge Mazzant/Judge Nowak) |
| v. § | |
| § | |
| GREENSTAR CAPITAL SOLUTIONS, § | |
| LLC § | |

## **FINAL DEFAULT JUDGMENT**

Pursuant to the Memorandum Adopting Report and Recommendation of United States Magistrate Judge filed in this matter, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that, pursuant to Rule 55(b)(2), judgment by default should be entered against Defendant Greenstar Capital Solutions, LLC ("Defendant"), and in favor of Plaintiff Craig Cunningham, based on the following:

1. Plaintiff Craig Cunningham has certified to personal jurisdiction and service of process, and that Defendant is not an infant, incompetent person or in active military service of the United States of America.

2. Defendant, having been duly served, has failed to appear, answer, plead or otherwise defend this action.

3. The Clerk's default of Defendant was entered on June 5, 2018.

4. Defendant is liable to Plaintiff for the sum of $23,500.00 in statutory damages as a result of Defendant's violations of 47 U.S.C. § 227(b).

Accordingly, judgment is hereby entered against Defendant, and in favor of Plaintiff Craig Cunningham in the amount of $23,500.00 in statutory damages.

All relief not previously granted is hereby denied.

This matter is closed on the Court's docket.

**IT IS SO ORDERED**.

**SIGNED this 24th day of September, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE